JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUILLERMINA CONTRERAS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Defendant. | Case No. CV 12-7099-GW(SHx)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. George Wu<br>Courtroom: 10 |

The Court having considered the Stipulation to Voluntarily Dismiss Pursuant to Federal Rule Of Civil Procedure Rule 41(a)(1)(A)(ii) submitted by the parties, and good cause appearing:

Plaintiff's action shall be voluntarily dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 24, 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE